UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND STATESBORO DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | Case Nos. CR122-114, USA v. Wright |
| | ) | CR121-060, USA v. Oates |
| LEAVE OF ABSENCE REQUEST | ) | CR622-010, USA v. Albright-Ramos |
| | ) | |
| WENDELL E. JOHNSTON, JR. | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Wendell E. Johnston, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Wendell E. Johnston, Jr. be granted leave of absence for the following period: June 26, 2023 through June 30, 2023.

**SO ORDERED**, this _____ day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA